ANGUS McINTOSH
v.
RICHARD SMYTH

1809

JOURNAL ENTRIES

1. Discontinuance . . . . . . . . . . *Journal, infra,* *p. 207

PAPERS IN FILE

[None]

IN THE MATTER OF JOHN WHIPPLE,
AN ABSENT GRAND JUROR

1809

JOURNAL ENTRIES

1. Rule . . . . . . . . . . . . *Journal, infra,* *p. 208

PAPERS IN FILE

[None]